ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
BCI Construction USA, Inc.                      )    ASBCA Nos. 62657, 62975, 63200
                                               )
Under Contract No. W912DQ-17-C-1070             )

APPEARANCES FOR THE APPELLANT:      Ron Garber, Esq.
                                      Weissman Zucker Euster Morochnik
                                       & Garber, PC
                                      Atlanta, GA

                                    Timothy J. Walsh, Esq.
                                      Norton Rose Fulbright US, LLP
                                      St. Louis, MO

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Virginia Murray, Esq.
                                    Jacob T. Simpson, Esq.
                                      Engineer Trial Attorneys
                                      U.S. Army Engineer District, Kansas City

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: July 30, 2024


_____
DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62657, 62975, 63200, Appeals of BCI Construction USA, Inc., rendered in conformance with the Board's Charter.

Dated:  July 30, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals